IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

AMESTEIN TULSA, LLC, an Oklahoma )
Limited Liability Company, et al. )
)
)
Plaintiffs, )
) Case No. 16-cv-00619-JED-TLW
vs. )
)
STEPHEN J. MERRILL, an individual et al., )
)
Defendants. )

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW the parties, and jointly stipulate Dismissal without Prejudice in this case.

Respectfully submitted,

/s/ G. Steven Stidham
Lee I. Levinson, OBA #5395
G. Steven Stidham, OBA #9633
Evan M. McLemore, OBA #31407
leelevinson@sbcglobal.net
gstidham@lsh-law-firm.com
evan.mclemore@lsh-law-firm.com
LEVINSON, SMITH & HUFFMAN, P.C.
1743 E. 71st Street
Tulsa, OK 74136-5108
(918) 492-4433
(918) 492-6224 (Fax)
ATTORNEYS FOR PLAINTIFFS

And

1

_s/John A. Burkhardt_
John A. Burkhardt, OBA #1336
David J. Schaffer, OBA #18989
john.burkhardt@schafferherring.com
david.schaffer@schafferherring.com
SCHAFFER HERRING PLLC
7134 S. Yale, Ste. 300
Tulsa, OK 74136
(918) 550-8105
(918) 550-8106 (Fax)
ATTORNEYS FOR DEFENDANTS

And

_s/Laura J. Long_
Laura J. Long, OBA #22215
Michael F. Smith, OBA #14815
Raine Fern, OBA #32389
laura.long@mcafeetaft.com
michael.smith@mcafeetaft.com
raine.fern@mcafeetaft.com
MCAFEE & TAFT
10th Floor, Two Leadership Sq.
211 N. Robinson
Oklahoma City, OK 73102
(405) 235-9621
(405) 235-0439 (Fax)
ATTORNEYS FOR DEFENDANT